IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:15-CR-151-O |
| WINFRED MORGAN TRAMMEL (22) | |

NOTICE TO THE COURT

TO THE HONORABLE REED O'CONNOR, U.S. DISTRICT JUDGE:

The United States Attorney for the Northern District of Texas, by and through the undersigned Assistant United States Attorney, files this notice of availability and would show the Court the following:

DEA ASAC Calvin Bond is available Tuesday, September 15, 2015, and Thursday, September 17, 2015. ATF ASAC Jeff Boshek or Acting SAC Paul Vanderplow are available all of next week, September 14-18, 2015.

**Notice to the Court - Page 1**

Respectfully Submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY


*/s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney
State Bar of Texas No. 24033206
801 Cherry Street, Unit #4
Burnett Plaza, Suite 1700
Fort Worth, TX   76102-6897
Telephone:   817-252-5200
Facsimile:   817-252-5455
E-mail: shawn.smith2@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2015, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.   The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.


*/s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney

**Notice to the Court - Page 2**