IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF, | §<br>§<br>§ | |
| VS. | § | CRIMINAL NO. 4:15-CR-0151-O |
| | § | |
| WINFRED MORGAN TRAMMEL (22)<br>DEFENDANTS. | §<br>§<br>§ | |

## **ORDER**

The Court will continue the hearing involving the discovery dispute in this case at 9:00 am on September 21, 2015. Agents Bond and Vanderplow shall attend.

Signed this 11th day of September, 2015.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**