United States District Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| United States of America | |
| v. | 4:15-CR-151-O |
| Winfred Morgan Trammel (22) | |

### Winfred Morgan Trammel's Witness List

**To the Hon. Reed O'Connor:**

Winfred Morgan Trammel identifies the following exhibits:

| Exhibit No. | Sponsoring Witness | Description of Exhibit | Identied | Offered | Admitted |
|---|---|---|---|---|---|
| 1 | self-authenticating | Factual Resume of Rachel Adams | | | |
| 2 | self-authenticating | Factual Resume of Michael Bentley | | | |
| 3 | self-authenticating | Factual Resume of Chance Brooks | | | |
| 4 | self-authenticating | Factual Resume of Billy Bullit | | | |
| 5 | self-authenticating | Factual Resume of Michael Colby | | | |
| 6 | self-authenticating | Factual Resume of Jerry Curry | | | |
| 7 | self-authenticating | Factual Resume of Charles Deeds | | | |
| 8 | self-authenticating | Factual Resume of Alisha Feeney | | | |
| 9 | self-authenticating | Factual Resume of Brian Harris | | | |
| 10 | self-authenticating | Factual Resume of Jessica Judge | | | |
| 11 | self-authenticating | Factual Resume of Howard McMillan | | | |
| 12 | self-authenticating | Factual Resume of Amanda Means | | | |
| 13 | self-authenticating | Factual Resume of Leslie Moskowitz | | | |
| 14 | self-authenticating | Factual Resume of Joel Prickett | | | |
| 15 | self-authenticating | Factual Resume of Edwin Romine | | | |
| 16 | self-authenticating | Factual Resume of Gavin Seguin | | | |
| 17 | self-authenticating | Factual Resume of Chris Turner | | | |
| 18 | self-authenticating | Factual Resume of Karlee Wilcox | | | |

| Exhibit No. | Sponsoring Witness | Description of Exhibit | Identied | Offered | Admitted |
|---|---|---|---|---|---|
| 19 | self-authenticating | Factual Resume of Eric Zuniga | | | |
| 20 | self-authenticating | Factual Resume of Matthew Rutledge | | | |
| 21 | self-authenticating | Original Indictment | | | |
| 22 | self-authenticating/Bacel Cantrell/Jeremy Blackmun/ Winfred Morgan Trammel/ government case agent | Order of Deferred Adjudication 2007 | | | |
| 23 | self-authenticating/Bacel Cantrell/Jeremy Blackmun/ Winfred Morgan Trammel/ government case agent | Judgment Adjudicating Guilt | | | |
| 24 | self-authenticating/Bacel Cantrell/Jeremy Blackmun/ Winfred Morgan Trammel/ government case agent | Judgment Revoking Community Supervision | | | |
| 25 | self-authenticating/Bacel Cantrell/Winfred Morgan Trammel/government case agent | Indictment of Trammel in F34395 | | | |
| 26 | Jeremy Blackman | Lab report from August 2013 | | | |

                    Respectfully submitted,

                    /s Leigh W. Davis_____  
                    (Mr.) Leigh W. Davis  
                    1901 Central Dr.  
                    Suite 708 LB 57  
                    Bedford, TX 76021  
                    817.868.9500  
                    817.887.2401 (fax)  
                    State Bar No. 24029505

### Certificate of Service

On September 17, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s Leigh W. Davis_____  
(Mr.) Leigh W. Davis