United States District Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| United States of America | |
| v. | 4:15-CR-151-O |
| Winfred Morgan Trammel (22) | |

### Winfred Morgan Trammel's Witness List

**To the Hon. Reed O'Connor:**

Winfred Morgan Trammel identifies the following witnesses:

          Sworn        Testified

1. Winfred Morgan Trammel   _____   _____

    Will testify to his conduct and the allegations against him in this case, his prior offenses, and his conduct generally.

2. TFO Cyrus Crum   _____   _____

    TFO Crum is one of the case agents on the case and will testify about his knowledge of the case.

3. S/A Brian Finney   _____   _____

    Agent Finney is one of the case agents on the case and will testify about his knowledge of the case.

4. S/A Chris Smith         _____      _____

   Agent Smith is one of the case agents on the case and will testify about his knowledge of the case and will testify about Winfred Trammel's post-arrest statement of June 15, 2015.

5. S/A Samuel Dendy         _____      _____

   Agent Dendy is one of the case agents on the case and will testify about his knowledge of the case and will testify about Winfred Trammel's post-arrest statement of June 15, 2015.

6. Shanda Hawkins         _____      _____

   Hawkins will testify about text messages and other communications between her and Trammel as well as alleged drug transactions and the conspiracy between them.

7. Chance Brooks         _____      _____

   Brooks will testify about his and Trammel's role in the conspiracy generally and narcotics transactions specifically.

8. Charles Deeds         _____      _____

   Deeds will testify about his and Trammel's role in the conspiracy generally and narcotics transactions specifically.

9. Jessica Judge         _____      _____

   Judge will testify about her and Trammel's role in the conspiracy generally and narcotics transactions specifically.

10. Gavin Seguin          _____          _____

   Seguin will testify about his and Trammel's role in the conspiracy generally and narcotics transactions specifically.

11. Christina Pugh          _____          _____

   Pugh will testify about her and Trammel's role in the conspiracy generally and narcotics transactions specifically.

12. Alisha Feeney          _____          _____

   Feeney will testify about her and Trammel's role in the conspiracy generally and narcotics transactions specifically.

13. Amanda Means          _____          _____

   Means will testify about his and Trammel's role in the conspiracy generally and narcotics transactions specifically.

14. Bacel Cantrell          _____          _____

   Cantrell will testify about Trammel's 2007 arrest and prosecution.

15. Jeremy Blackman          _____          _____

   Blackman will testify about Trammel's 2007 arrest and prosecution.

16. James Elliot          _____          _____

   Elliot will testify about Trammel's 2013 arrest and prosecution.

17. TFO Perry Moore           _____            _____

    TFO Moore is one of the case agents and will testify regarding the investigation and evidence in this case.

                                        Respectfully submitted,

                                        /s Leigh W. Davis_____
                                        (Mr.) Leigh W. Davis
                                        1901 Central Dr.
                                        Suite 708 LB 57
                                        Bedford, TX 76021
                                        817.868.9500
                                        817.887.2401 (fax)
                                        State Bar No. 24029505

### Certificate of Service

On September 17, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s Leigh W. Davis_____
(Mr.) Leigh W. Davis