IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>    PLAINTIFF, | §<br>§<br>§ | |
| VS. | § | CRIMINAL NO. 4:15-CR-0151-O |
| | § | |
| WINFRED MORGAN TRAMMEL (22)<br>    DEFENDANTS. | §<br>§<br>§ | |

# **ORDER**

Defendant has failed to appear for his trial. His conditions of release are revoked. The United States Marshal or any duly authorized law enforcement official shall take Winfred Morgan Trammel into custody and produce him for trial forthwith.

Signed this 21th day of September, 2015.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**