
UNITED STATES DISTRICT JUDGE
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 2 4 2015
10:41
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 4:15-CR-151-O |
| WINFRED MORGAN TRAMMEL | |

**VERDICT OF THE JURY**

<u>COUNT ONE</u>

We, the Jury, find the defendant, **Winfred Morgan Trammel**, _guilty_ as to Count One of the Indictment.

_Paig Richuy_
Foreperson

_09/24/15_
Date

14